1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:   (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6  Attorneys for defendants
   American Express Corporation
7  and Nationwide Credit, Inc.

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12

13  MICHAEL VIRATA an individual,      )  CASE NO.:
                                       )
14              Plaintiff,             )
                                       )  **NOTICE OF PENDENCY OF**
15         vs.                         )  **OTHER ACTION OR**
                                       )  **PROCEEDING**
16                                     )
    AMERICAN EXPRESS                   )
17  CORPORATION; NATIONWIDE            )
    CREDIT, INC.; DOES 1 THROUGH       )
18  10                                 )
                                       )
19              Defendants.            )
                                       )
20  _____  )

21

22

23

24

25

26

27

28

VIRATA V. AMERICAN EXPRESS CORPORATION ET AL.
NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Pursuant to Local Rule 3-13, defendants American Express Corporation and Nationwide Credit, Inc. hereby state that they are aware of no previously-filed or currently-pending action related to this action, within the meaning of Local Rule 3-13(a-d).

DATED: June 21, 2007

SIMMONDS & NARITA, LLP
TOMIO B. NARITA
JEFFREY A. TOPOR

By: _____
Jeffrey A. Topor
Attorneys for defendants
American Express Corporation
and Nationwide Credit, Inc.