TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for defendants
American Express Corporation
and Nationwide Credit, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL VIRATA an individual, | CASE NO.: |
| Plaintiff, | |
| vs. | **DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| AMERICAN EXPRESS CORPORATION; NATIONWIDE CREDIT, INC.; DOES 1 THROUGH 10 | |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. American Express Corporation, a publicly-traded New York Corporation that trades on NASDAQ as "AXP."
2. Nationwide Credit, Inc., a Georgia Corporation.

DATED: June 21, 2007

SIMMONDS & NARITA LLP
TOMIO B. NARITA
JEFFREY A. TOPOR

By: _____
Jeffrey A. Topor
Attorneys for defendants
American Express Corporation
and Nationwide Credit, Inc.