TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for defendants
American Express Corporation
and Nationwide Credit, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL VIRATA an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN EXPRESS CORPORATION; NATIONWIDE CREDIT, INC.; DOES 1 THROUGH 10<br><br>Defendant. | CASE NO.: C07 3277 JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and deposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: June 22, 2007

_____
Counsel for American Express Corporation
and Nationwide Credit, Inc