```
TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:  (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for defendants
American Express Corporation
and Nationwide Credit, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL VIRATA an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN EXPRESS CORPORATION; NATIONWIDE CREDIT, INC.; DOES 1 THROUGH 10<br><br>Defendants. | CASE NO.: C 07 3277 JCS<br><br>**PROOF OF SERVICE** |

VIRATA V. AMERICAN EXPRESS CORPORATION ET AL. (CASE NO. C 07 3277 JCS)
PROOF OF SERVICE

## PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is 44 Montgomery Street, Suite 3010, San Francisco, California 94104-4816.

I am readily familiar with the business practices of my employer, Simmonds & Narita LLP, for the collection and processing of correspondence by mailing with the United States Postal Service and that said correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On this date, I served a copy of the following document:

1) **NOTICE OF REMOVAL**

2) **DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

3) **NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**

4) **CIVIL COVER SHEET**

5) **NOTICE TO ADVERSE PARTY OF REMOVAL**

6) **CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF NOTICE OF REMOVAL**

7) **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**

8) **TEMPLATES: CONSENT/DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

9) **WELCOME TO THE UNITED STATES DISTRICT COURT, SAN FRANCISCO**

10) **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES WITH ATTACHED STANDING ORDER**

11) **NOTICE OF DISCONTINUING SERVICE BY MAIL**

12) **UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT**

13) **TEMPLATE: CASE MANAGEMENT CONFERENCE ORDER OF HON. MAGISTRATE JUDGE SPERO**

14) **ADR DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA**

by causing such document to be placed in a sealed envelope for collection and delivery by the United States Postal Service to the addressees indicated below:

**VIA U.S. MAIL**

Irving L. Berg
The Berg Law Group
145 Town Center, PMB 493
Corte Madera, CA 94925
Facsimile: (415) 891-8208
Counsel for Plaintiff

Suzanne B. Berg
177 Post Street, Suite 600
San Francisco, CA 94108
Facsimile: (415) 738-2302
Counsel for Plaintiff

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on this 22nd day of June, 2007.

_____
Stephanie Schmitt

---

VIRATA V. AMERICAN EXPRESS CORPORATION ET AL. (CASE NO. C 07 3277 JCS)
PROOF OF SERVICE                                                                 3.