IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL VIRATA,            No. C 07-3277 MMC

    Plaintiff,                 **ORDER OF RECUSAL**

  v.

AMERICAN EXPRESS CORPORATION, et al.,

    Defendants.
_____/

        I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of the Assignment Plan.

        All pending dates of motions, pretrial conferences and trial are hereby vacated and are to be reset by the newly assigned Judge.

    **IT IS SO ORDERED.**

Dated: July 3, 2007

                                                        _____
                                                        MAXINE M. CHESNEY
                                                        United States District Judge