```
1  Irving L. Berg (SBN 36273)
   THE BERG LAW GROUP
2  145 Town Center, PMB 493
   Corte Madera, California 94925
3  (415) 924-0742
   (415) 891-8208 (Fax)
4  irvberg@comcast.net (e-mail)

5  Susanne B. Berg (SBN 236468)
   177 Post Street, Suite 600
6  San Francisco, CA 94108
   (415) 217-0000
7  (415) 738-2302 (Fax)
   berglaw@gmail.com (e-mail)
8
   ATTORNEYS FOR PLAINTIFF
9
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL VIRATA, an individual, | Case No.: C 07-3277 SC |
| Plaintiff, | **DISMISSAL WITH PREJUDICE** |
| v. | |
| AMERICAN EXPRESS CORPORATION; NATIONWIDE CREDIT, INC.; DOES 1 THROUGH 10, | |
| Defendants. | |

Pursuant to Rule 41(a)(1), of the FRCP Plaintiff, Michael Virata, dismisses the herein Complaint as to all Defendants, with prejudice.

Dated: 9-17-07

Irving L. Berg
Attorney for Plaintiff
Michael Virata

Dated: 10-22-07

Jeffrey Topor
Simmons & Narita LLP
Attorney for Defendants
American Express and Nationwide Credit, Inc.

REQUEST FOR DISMISSAL                   1                    MICHAEL VIRATA v.
                                                             CASE NO. C 07-3277 SC