Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)
irvberg@comcast.net (e-mail)

Susanne B. Berg (SBN 236468)
177 Post Street, Suite 600
San Francisco, CA 94108
(415) 217-0000
(415) 738-2302 (Fax)
berglaw@gmail.com (e-mail)

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MICHAEL VIRATA, an individual,

   Plaintiff,

v.

AMERICAN EXPRESS CORPORATION;
NATIONWIDE CREDIT, INC.; DOES 1
THROUGH 10,

   Defendants.

Case No.: C 07-3277 SC

**DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1), of the FRCP Plaintiff, Michael Virata, dismisses the herein Complaint as to all Defendants, with prejudice.

Dated: 9-17-07

Irving L. Berg
Attorney for Plaintiff
Michael Virata

Dated: 10-22-07

Jeffrey Topor
Simmons & Narita LLP
Attorney for Defendants
American Express and Nationwide Credit, Inc.

REQUEST FOR DISMISSAL

IT IS SO ORDERED
Judge Samuel Conti
10/25/07

MICHAEL VIRATA v.
CASE NO. C 07-3277 SC